# EXHIBIT A

## COMMERCIAL INVOICE

| | |
|---|---|
| **Exporter:** | **INVOICE No:** 110170523 |
| **YANTAI LINGNAN CLOTHING CO. LTD.** | **Date:** 2017.05.23 |
| NO. 83 GUANHAI ROAD LAISHAN YANTAI | **L/C NO:** |
| SHANDONG CHINA | From: Dalian China |
| | To: LOS ANGELES CA |
| | By: Sea |
| | Vessel: CMA CGA VOLGA |
| **To:M/S** | Voyage No.: 197GEW |
| **SEDUKA JEANS, INC.,** | BL No.: OTAO1705122 |
| **462 7TH AVENUE 9TH FLOOR** | B/L Date: May 22, 2017 |
| **NEW YORK, NY 10018** | Ship Terms: FOB DALIAN |
| **(212)719-5500 x 106** | Country of Origin: China |

**Country of origin of goods: CHINA**

**Shipping Terms:**  From: **DALIAN,CHINA**   To: **LOS ANGELES CA**   **BY SEA**
  ETD SHA: 5/27/2017   ETA LGB   2017-06.17

| Marks & Nos. | Description | Quantity PCS | Unit Price PER PC | Amount FOB USD |
|---|---|---|---|---|
| **PO:**<br>**STYLE:**<br>**COLOR:** | GOODS AS PER PI NO 20160824<br>MENS JACKET<br>  PO:        STYLE:      COLOR:<br>  000141    **7302RPM**    BLACK<br><br>   PKG 34CTNS<br>   G.W. 1902LBS<br>   N.W. 1828LBS<br>  L*W*H 30∗22.5∗16  INCHES<br><br>   VOLUME 6.04CBM<br><br>**WE CERTIFY THAT NO SOLID WOOD PARCKING IS USED IN THIS SHIPMENT.** | 816 | $5.93 | $4,838.88 |
| | TOTAL: | 816  PCS | | $4,838.88 |

# **COMMERCIAL INVOICE**

| **Exporter:** | | | | |
|---|---|---|---|---|
| **YANTAI LINGNAN CLOTHING CO. LTD.** | | | **INVOICE No:** | 1101702 |
| NO. 83 GUANHAI ROAD LAISHAN YANTAI | | | **Date:** | 2017.02.09 |
| SHANDONG CHINA | | | **L/C NO:** | |
| | | | From: | Dalian China |
| | | | To: | LOS ANGELES |
| | | | By: Vessel: | AIR |
| **To:M/S** | | | Voyage No.: | |
| **SEDUKA JEANS, INC.,** | | | BL No.: | |
| **462 7TH AVENUE 9TH FLOOR** | | | B/L Date: | |
| **NEW YORK, NY 10018** | | | Ship Terms: | |
| **(212)719-5500 x 106** | | | Country of Origin: | China |

**Country of origin of goods: CHINA**

| **Shipping Terms:** | **From :** **DALIAN,CHINA** | | **To : LA,CA** | **BY AIR** |
|---|---|---|---|---|
| | **ETD SHA:** 2/9/2017 | | **ETA LGB** 2017-2-12 | |

| Marks & Nos. | Description | | | Quantity PCS | Unit Price PER PC | Amount FOB USD |
|---|---|---|---|---|---|---|
| | GOODS AS PER PI NO 20160824 | | | | | |
| **PO:** | MENS JACKET | | | | | |
| **STYLE:** | PO: | STYLE: | COLOR: | | | |
| **COLOR:** | 000173 | 7266SDM | BLACK/GRY HTR | 96 | $6.70 | $643.20 |
| **SIZE:** | 000173 | 7266SDM | CHARCOAL/CHA HTR | 72 | $6.70 | $482.40 |
| **PACK:** | 000173 | 7318SDM | BLACK | 108 | $6.50 | $702.00 |
| **QTY:** | 000173 | 7318SDM | NAVY | 72 | $6.50 | $468.00 |
| | 000173 | 7323SDM | NAVY | 72 | $7.00 | $504.00 |
| | 000173 | 7323SDM | OLIVE | 72 | $7.00 | $504.00 |
| | 000173 | 7328SDM | CHARCOAL/CAMO | 96 | $6.70 | $643.20 |
| | 000173 | 7328SDM | NAVY | 108 | $6.70 | $723.60 |
| | 000174 | 7219SDM | BLACK | 192 | $6.70 | $1,286.40 |
| | 000174 | 7362SDM | BLACK | 192 | $6.50 | $1,248.00 |
| | 000174 | 7318SDM | BLACK | 120 | $6.50 | $780.00 |
| | PKG 58CTNS | | | | | |
| | G.W. 1279LBS | | | | | |
| | N.W. 1170LBS | | | | | |
| | L*W*H 22*15*7.8  INCHES | | | | | |
| | VOLUME 2.4CBM | | | | | |
| | **WE CERTIFY THAT NO SOLID WOOD PARCKING IS USED IN THIS SHIPMENT.** | | | | | |
| | | | TOTAL: | 1200  PCS | | $7,984.80 |

## **COMMERCIAL INVOICE**

**Exporter:**            **INVOICE No:** 110170615
**YANTAI LINGNAN CLOTHING CO. LTD.**      **Date:** 2017.06.15
NO. 83 GUANHAI ROAD LAISHAN YANTAI     **L/C NO:**
SHANDONG CHINA

| | |
|---|---|
| From: | Dalian China |
| To: | LOS ANGELES CA |
| By: | Sea |
| Vessel: | YM ELIXIR |

**To:M/S**
**SEDUKA JEANS, INC.,**
**462 7TH AVENUE 9TH FLOOR**
**NEW YORK, NY 10018**
**(212)719-5500 x 106**

| | |
|---|---|
| Voyage No.: | 073E |
| BL No.: | KKLUDL1377637 |
| B/L Date: | Jun 15, 2017 |
| Ship Terms: | FOB DALIAN |
| Country of Origin: | China |

**Country of origin of goods: CHINA**

| Shipping Terms: | From: **DALIAN,CHINA** | To: LOS ANGELES CA | BY SEA |
|---|---|---|---|
| | ETD SHA: **6/18/2017** | ETA LGB **2017-07-05** | |

| Marks & Nos. | Description | | | Quantity PCS | Unit Price PER PC | Amount FOB USD |
|---|---|---|---|---|---|---|
| **PO:** **STYLE:** **COLOR:** | GOODS AS PER PI NO 20160824 MENS JACKET | | | | | |
| | PO: | STYLE: | COLOR: | | | |
| | 000172 | 7218SDMNAV | NAVY | 1,800 | $6.70 | $12,060.00 |
| | 000172 | 7264SDMBLK | BLACK | 2,400 | $6.50 | $15,600.00 |
| | 000172 | 7360SDMGRY | DARK GREY | 600 | $6.70 | $4,020.00 |
| | 000172 | 7360SDMGRN | ARMY GREEN | 600 | $6.70 | $4,020.00 |
| | 000172 | 7318SDMNAV | NAVY | 1,200 | $6.50 | $7,800.00 |
| | 000172 | 7319SDMBLK | BLACK | 1,200 | $6.75 | $8,100.00 |
| | 000172 | 7362SDMNAV | NAVY | 600 | $6.50 | $3,900.00 |
| | 000172 | 7323SDMNAV | NAVY | 1,200 | $7.00 | $8,400.00 |
| | 000172 | 7361SDMBLK | BLACK | 1,200 | $6.85 | $8,220.00 |
| | 000172 | 7361SDNNAV | NAVY | 1,200 | $6.85 | $8,220.00 |
| | PKG 600CTNS G.W. 13260LBS N.W. 13680LBS L*W*H 22*15*7.8 INCHES VOLUME 25.06CBM | | | | | |
| | **WE CERTIFY THAT NO SOLID WOOD PARCKING IS USED IN THIS SHIPMENT.** | | | | | |
| | | | TOTAL: | 12000 PCS | | $80,340.00 |

## COMMERCIAL INVOICE

**Exporter:**  
YANTAI LINGNAN CLOTHING CO. LTD.  
NO. 83 GUANHAI ROAD LAISHAN YANTAI  
SHANDONG CHINA  

**INVOICE No:** 110170709  
**Date:** 2017.07.09  
**L/C NO:**  
From: Dalian China  
To: LOS ANGELES CA  
By: Sea  
Vessel: YM ENHANCER  
Voyage No.: 090E  
BL No.: OTAO1707004  
B/L Date: Jul 9, 2017  
Ship Terms: FOB DALIAN  
Country of Origin: China  

**To:M/S**  
**SEDUKA JEANS, INC.,**  
**462 7TH AVENUE 9TH FLOOR**  
**NEW YORK, NY 10018**  
**(212)719-5500 x 106**  

**Country of origin of goods: CHINA**  
**Shipping Terms:**  From : **DALIAN,CHINA**   To : LOS ANGELES CA   BY SEA  
ETD SHA: **7/9/2017**   ETA LGB  **2017/07/26**

| Marks & Nos. | Description | | | Quantity PCS | Unit Price PER PC | Amount FOB USD |
|---|---|---|---|---|---|---|
| **PO:**<br>**STYLE:**<br>**COLOR:** | GOODS AS PER PI NO 20160824<br>MENS JACKET&WOMEN'S ACTIVE JACKET | | | | | |
| | PO: | STYLE: | COLOR: | | | |
| | 000174 | 7264SDMNAV | NAVY | 456 | $6.50 | $2,964.00 |
| | 000174 | 7264SDMBLK | BLACK | 432 | $6.50 | $2,808.00 |
| | 000174 | 7328SDMNAV | NAVY | 576 | $6.70 | $3,859.20 |
| | 000174 | 7328SDMCHA | CHARCOAL | 600 | $6.70 | $4,020.00 |
| | 000174 | 7318SDMBLK | BLACK | 1,080 | $6.50 | $7,020.00 |
| | 000174 | 7318SDMNAV | NAVY | 1,176 | $6.50 | $7,644.00 |
| | 000174 | 7319SDMBLK | NAVY | 600 | $6.75 | $4,050.00 |
| | 000174 | 7323SDMOLI | OLIVE | 1,152 | $7.00 | $8,064.00 |
| | 000174 | 7362SDMBLK | NAVY | 360 | $6.50 | $2,340.00 |
| | 000174 | 7362SDNNAV | BLACK | 408 | $6.50 | $2,652.00 |
| | 000176 | S5675 | BRIGHT BLUE | 1,200 | $6.40 | $7,680.00 |
| | 000176 | S5676 | YELLOW NENO | 1,176 | $6.40 | $7,526.40 |
| | 000176 | R6858 | BLUE SCUBA | 1,200 | $5.50 | $6,600.00 |
| | 000176 | R6859 | ELECTRIC BLUE | 1,200 | $5.50 | $6,600.00 |
| | PKG  484CTNS<br>G.W.  10664LBS<br>N.W.  9506LBS<br>L*W*H  22*15*7.8 INCHES<br><br>VOLUME 21.3CBM | | | | | |
| | **WE CERTIFY THAT NO SOLID WOOD PARCKING IS USED IN THIS SHIPMENT.** | | | | | |
| | | | TOTAL: | 11616 PCS | | $73,827.60 |

# **COMMERCIAL INVOICE**

| **Exporter:** | | **INVOICE No:** | 11170427 |
|---|---|---|---|
| **YANTAI LINGNAN CLOTHING CO. LTD.** | | **Date:** | 2017.04.28 |
| NO. 83 GUANHAI ROAD LAISHAN YANTAI | | **L/C NO:** | |
| SHANDONG CHINA | | From: | Dalian China |
| | | To: | LOS ANGELES |
| | | By: Vessel: | AIR |
| **To:M/S** | | Voyage No.: | |
| **SEDUKA JEANS, INC.,** | | BL No.: | |
| **462 7TH AVENUE 9TH FLOOR** | | B/L Date: | |
| **NEW YORK, NY 10018** | | Ship Terms: | |
| **(212)719-5500 x 106** | | Country of Origin: | China |

**Country of origin of goods: CHINA**

| **Shipping Terms:** | **From:** **DALIAN,CHINA** | **To : LA,CA** | **BY AIR** |
|---|---|---|---|
| | **ETD SHA:** **4/27/2017** | **ETA LGB** **2017-5-3** | |

| Marks & Nos. | Description | Quantity PCS | Unit Price PER PC | Amount FOB USD |
|---|---|---|---|---|
| **PO:** **STYLE:** **COLOR:** **SIZE:** **PACK:** **QTY:** | GOODS AS PER PI NO 20161127<br>CARGO SHORTS<br>　　PO:　　STYLE:　　COLOR:<br>　000165　　　　　　　BLACK CAMO<br>　000165　1373RPM　GREEN CAMO<br>　000165　　　　　　　BLACK<br>　000165　1375RPM　GREY<br>　000165　　　　　　　KHAKI<br>　　　PKG 200CTNS<br>　　　G.W. 4511LBS<br>　　　N.W. 3714LBS<br>　　L*W*H 25*14*6  INCHES<br><br>　　VOLUME 7CBM<br><br>**WE CERTIFY THAT NO SOLID WOOD PARCKING IS USED IN THIS SHIPMENT.** | 960<br>960<br>960<br>960<br>960 | $3.05<br>$3.05<br>$3.05<br>$3.05<br>$3.05 | $2,928.00<br>$2,928.00<br>$2,928.00<br>$2,928.00<br>$2,928.00 |
| | TOTAL: | 4800  PCS | | $14,640.00 |

## COMMERCIAL INVOICE

**Exporter:** **YANTAI LINGNAN CLOTHING CO. LTD.**
NO. 83 GUANHAI ROAD LAISHAN YANTAI
SHANDONG CHINA

**INVOICE No:** 11170504
**Date:** 2017.05.05
**L/C NO:**
From: Dalian China
To: LOS ANGELES
By: Vessel: SHIP
Voyage No.:
BL No.:
B/L Date:
Ship Terms:
Country of Origin: China

**To:M/S**
**SEDUKA JEANS, INC.,**
**462 7TH AVENUE 9TH FLOOR**
**NEW YORK, NY 10018**
**(212)719-5500 x 106**

**Country of origin of goods: CHINA**
**Shipping Terms:** From: **DALIAN,CHINA**    To: LA,CA    BY SHIP
ETD SHA: **5/9/2017**    ETA LGB   2017-5-29

| Marks & Nos. | Description | Quantity PCS | Unit Price PER PC | Amount FOB USD |
|---|---|---|---|---|
| **PO:**<br>**STYLE:**<br>**COLOR:**<br>**SIZE:**<br>**PACK:**<br>**QTY:** | GOODS AS PER PI NO 20161127<br>CARGO SHORTS<br>    PO:       STYLE:       COLOR:<br>    000165    1373RPM    BLACK CAMO<br>    000165               GREEN CAMO<br>    000165               BLACK<br>    000165    1375RPM    KHAKI<br><br>  PKG 1592CTNS<br>  G.W. 33693.8LBS<br>  N.W. 30183.9LBS<br>  L*W*H  25∗14∗6  INCHES<br><br>  VOLUME 57CBM<br><br>**WE CERTIFY THAT NO SOLID WOOD PARCKING IS USED IN THIS SHIPMENT.** | <br><br><br>13,824<br>20,136<br>960<br>3,288 | <br><br><br>$3.05<br>$3.05<br>$3.05<br>$3.05 | <br><br><br>$42,163.20<br>$61,414.80<br>$2,928.00<br>$10,028.40 |
| | TOTAL: | 38208 PCS | | $116,534.40 |

# COMMERCIAL INVOICE

**Exporter:**                            **INVOICE No:** 11170522

**YANTAI LINGNAN CLOTHING CO. LTD.**      **Date:** 2017.05.22

NO. 83 GUANHAI ROAD LAISHAN YANTAI      **L/C NO:**

SHANDONG CHINA                            From: Dalian China

                                                               To: LOS ANGELES

                                                               By: SHIP

                                                               Vessel:

**To:M/S**                                        Voyage No.:

**SEDUKA JEANS，INC.,**                  BL No.:

**462 7TH AVENUE 9TH FLOOR**          B/L  Date:

**NEW YORK, NY 10018**                  Ship Terms:

**(212)719-5500 x 106**                    Country of Origin: China

**Country of origin of goods: CHINA**

**Shipping Terms:**      From : **DALIAN,CHINA**      To : LA,CA      **BY SHIP**

                         ETD SHA: **5/22/2017**              ETA LGB     2017-6-10

| Marks & Nos. | Description | Quantity PCS | Unit Price PER PC | Amount FOB USD |
|---|---|---|---|---|
| **PO:**<br>**STYLE:**<br>**COLOR:**<br>**PACK:**<br>**QTY:** | GOODS AS PER PI NO 20161127<br>CARGO SHORTS<br>  PO:    STYLE:    COLOR:<br>000165  1373RPM  BLACK CAMO<br>000165                BLACK<br>000165  1375RPM  KHAKI<br>000165                charcoal<br>    PKG  1654CTNS<br>    G.W.  34569LBS<br>    N.W.  31211LBS<br>  L*W*H  25*14*6  INCHES<br><br>VOLUME 61CBM<br><br>**WE CERTIFY THAT NO SOLID WOOD PARCKING IS USED IN THIS SHIPMENT.** | <br><br><br><br>10,320<br>10,968<br>10,056<br>8,352 | <br><br><br><br>$3.05<br>$3.05<br>$3.05<br>$3.05 | <br><br><br><br>$31,476.00<br>$33,452.40<br>$30,670.80<br>$25,473.60 |
| | TOTAL: | 39696 PCS | | $121,072.80 |

# COMMERCIAL INVOICE

| **Exporter:** | | | **INVOICE No:** | 110170924 |
|---|---|---|---|---|
| **YANTAI LINGNAN CLOTHING CO. LTD.** | | | **Date:** | 2017.09.24 |
| NO. 83 GUANHAI ROAD LAISHAN YANTAI | | | **L/C NO:** | |
| SHANDONG CHINA | | | From: | Dalian China |
| | | | To: | LOS ANGELES CA |
| | | | By: | Sea |
| | | | Vessel: | YM OAKLAND |
| **To:M/S** | | | Voyage No.: | 068E |
| **SEDUKA JEANS, INC.,** | | | BL No.: | OTAO1709128 |
| **462 7TH AVENUE 9TH FLOOR** | | | B/L Date: | Sep 24, 2017 |
| **NEW YORK, NY 10018** | | | Ship Terms: | FOB DALIAN |
| **(212)719-5500 x 106** | | | Country of Origin: | China |

**Country of origin of goods: CHINA**

| Shipping Terms: | From : | **DALIAN,CHINA** | To : LOS ANGELES CA | BY SEA |
|---|---|---|---|---|
| | ETD SHA: | **9/24/2017** | ETA LGB   2017/10/11 | |

| Marks & Nos. | Description | Quantity<br><br>PCS | Unit Price<br><br>PER PC | Amount<br>FOB<br>USD |
|---|---|---|---|---|
| **PO:**<br>**STYLE:**<br>**COLOR:** | GOODS AS PER PI NO 20160824<br>MENS JACKET&WOMEN'S ACTIVE JACKET<br>  PO:         STYLE:         COLOR:<br>  000240    7486LTWPNK    PINK<br>  000240    7486LTWBLK    BLACK<br>  000240    7477LTWBLK    BLACK<br>  000240    7478LTWPNK    PINK | <br><br><br>1,800<br>4,200<br>4,800<br>4,200 | <br><br><br>$4.10<br>$4.10<br>$4.10<br>$4.10 | <br><br><br>$7,380.00<br>$17,220.00<br>$19,680.00<br>$17,220.00 |
| | PKG 625CTNS<br>G.W. 4382LBS<br>L*W*H 22.5*14*8 INCHES<br><br>VOLUME 65CBM<br><br>WE CERTIFY THAT NO SOLID WOOD PARCKING IS USED IN THIS SHIPMENT. | | | |
| | TOTAL: | 15000 PCS | | $61,500.00 |

# COMMERCIAL INVOICE

**Exporter:** **YANTAI LINGNAN CLOTHING CO. LTD.**
NO. 83 GUANHAI ROAD LAISHAN YANTAI
SHANDONG CHINA

**INVOICE No:** 110171002
**Date:** 2017.10.02
**L/C NO:**
**From:** Dalian China
**To:** LOS ANGELES CA
**By:** Sea
**Vessel:** YM ENHANCER
**Voyage No.:** 092E
**BL No.:** OTAO1709129
**B/L Date:** Oct 2, 2017
**Ship Terms:** FOB DALIAN
**Country of Origin:** China

**To:M/S**
**SEDUKA JEANS, INC.,**
**462 7TH AVENUE 9TH FLOOR**
**NEW YORK, NY 10018**
**(212)719-5500 x 106**

**Country of origin of goods: CHINA**
**Shipping Terms:**  **From:** **DALIAN,CHINA**   **To:** LOS ANGELES CA   **BY SEA**
**ETD SHA:** **9/24/2017**   **ETA LGB**   **2017/10/11**

| Marks & Nos. | Description | | | Quantity PCS | Unit Price PER PC | Amount FOB USD |
|---|---|---|---|---|---|---|
| **PO:** **STYLE:** **COLOR:** | GOODS AS PER PI NO 20170428 MENS JACKET&WOMEN'S ACTIVE JACKET | | | | | |
| | PO: | STYLE: | COLOR: | | | |
| | 000221 | 7282SDMBLK | BLACK | 4,800 | $5.50 | $26,400.00 |
| | 000221 | 7282SDMBLW | BLACK/WHITE | 2,400 | $5.50 | $13,200.00 |
| | 000221 | 7289SDMBLK | BLACK | 1,728 | $6.40 | $11,059.20 |
| | 000221 | 7514SDMCHA | CHARCOAL | 2,544 | $5.90 | $15,009.60 |
| | 000238 | 7282SDMBLK | BLACK | 744 | $5.50 | $4,092.00 |
| | PKG  509CTNS G.W.  13213.2LBS L*W*H 28.5*22*15.5 INCHES VOLUME  81.5CBM WE CERTIFY THAT NO SOLID WOOD PARCKING IS USED IN THIS SHIPMENT. | | | | | |
| | | | TOTAL: | 12216  PCS | | $69,760.80 |

# **COMMERCIAL INVOICE**

| **Exporter:** | | | | | |
|---|---|---|---|---|---|
| YANTAI LINGNAN CLOTHING CO. LTD. | | | | | |
| NO. 83 GUANHAI ROAD LAISHAN YANTAI | | | | | |
| SHANDONG CHINA | | | | | |

| | |
|---|---|
| **INVOICE No:** | 110171105 |
| **Date:** | 2017.11.05 |
| **L/C NO:** | |
| From: | Dalian China |
| To: | LOS ANGELES CA |
| By: | Sea |
| Vessel: | YM OAKLAND |
| Voyage No.: | 069E |
| BL No.: | OTAO1711047 |
| B/L Date: | Nov 5, 2017 |
| Ship Terms: | FOB DALIAN |
| Country of Origin: | China |

**To:M/S**
**SEDUKA LLC,**
**462 7TH AVENUE 9TH FLOOR**
**NEW YORK, NY 10018**
**(212)719-5500 x 106**

**Country of origin of goods: CHINA**

| Shipping Terms: | From : | **DALIAN,CHINA** | To : LOS ANGELES CA | **BY SEA** |
|---|---|---|---|---|
| | ETD SHA: | **11/5/2017** | ETA LGB   2017/11/22 | |

| Marks & Nos. | Description | Quantity PCS | Unit Price PER PC | Amount FOB USD |
|---|---|---|---|---|
| **PO:** **STYLE:** **COLOR:** | GOODS AS PER PI NO 20170428 MENS JACKET&WOMEN'S ACTIVE JACKET | | | |
| | PO:    STYLE:    COLOR: | | | |
| | 7275SDMBLK    BLACK | 1,800 | $6.70 | $12,060.00 |
| | 7392SDMBLK    BLACK | 1,080 | $5.50 | $5,940.00 |
| | 7384SDMBLK    BLACK | 744 | $6.50 | $4,836.00 |
| | 7284SDMBLK    BLACK | 4,800 | $5.70 | $27,360.00 |
| | 7282SDMBLK    BLACK | 2,880 | $5.50 | $15,840.00 |
| | 7279SDMCHA    CHARCOAL | 2,400 | $6.70 | $16,080.00 |
| | 7289SDMBLK    BLACK | 960 | $6.40 | $6,144.00 |
| | 7515SDMCHA    CHARCOAL | 2,592 | $6.40 | $16,588.80 |
| | 7397SDMBLK    BLACK | 3,360 | $7.10 | $23,856.00 |
| | PKG 859CTNS G.W. 10293.00LBS L*W*H 28.5*22*15.5 INCHES VOLUME 137.80CBM | | | |
| | WE CERTIFY THAT NO SOLID WOOD PARCKING IS USED IN THIS SHIPMENT. | | | |
| | TOTAL: | 20616 PCS | | $128,704.80 |

## COMMERCIAL INVOICE

**Exporter:** | | **INVOICE No:** 000171122
---|---|---
YANTAI LINGNAN CLOTHING CO. LTD. | | **Date:** 2017.11.22
NO. 83 GUANHAI ROAD LAISHAN YANTAI | | **L/C NO:**
SHANDONG CHINA | | From: Dalian China
 | | To: LOS ANGELES CA
 | | By: SEA
 | | Vessel: ELENI T
**To:M/S** | | Voyage No.: 1711S
**SEDUKA LLC** | | BL No.: OTAO1711191
**462 7TH AVENUE 9TH FLOOR** | | B/L Date: 2017.11.27
**NEW YORK, NY 10018** | | Ship Terms: FOB DALIAN
**(212)719-5500 x 106** | | Country of Origin: China

**Country of origin of goods: CHINA**

**Shipping Terms:**   From : **DALIAN,CHINA**   To : LOS ANGELES CA   BY SEA
ETD SHA: **2017.11.27**   ETA LGB   2017.12.14

| Marks & Nos. | Description | | | Quantity PCS | Unit Price PER PC | Amount FOB USD |
|---|---|---|---|---|---|---|
| **PO:** **STYLE:** **COLOR:** | GOODS AS PER PI NO 20170428 MENS JACKET&WOMEN'S ACTIVE JACKET | | | | | |
| | PO: | STYLE: | COLOR: | | | |
| | | 7397SDM | | 1,896 | $7.10 | $13,461.60 |
| | | 7275SDM | | 1,752 | $6.70 | $11,738.40 |
| | | 7384SDM | | 624 | $6.50 | $4,056.00 |
| | | 7282SDM | | 1,224 | $5.50 | $6,732.00 |
| | | 7390SDM | | 672 | $6.60 | $4,435.20 |
| | | 7279SDM | | 936 | $6.70 | $6,271.20 |
| | | 7364SDM | | 1,200 | $11.00 | $13,200.00 |
| | | 7366SDM | | 1,440 | $11.00 | $15,840.00 |
| | | 7368SDM | | 2,016 | $11.00 | $22,176.00 |
| | | 7510SDM | | 1,512 | $11.00 | $16,632.00 |
| | | 7371SDM | | 1,512 | $11.00 | $16,632.00 |
| | | 7372SDM | | 1,512 | $11.00 | $16,632.00 |
| | | 7409SDM | | 1,200 | $11.00 | $13,200.00 |
| | | 7501SDM | | 2,016 | $11.00 | $22,176.00 |
| | | 7511SDM | | 1,512 | $11.00 | $16,632.00 |
| | | 7513SDM | | 1,512 | $11.00 | $16,632.00 |
| | PKG 914CTNS G.W. 21500KGS L*W*H 28.5*22*15.5 INCHES VOLUME 169.5CBM | | | | | |
| | **WE CERTIFY THAT NO SOLID WOOD PARCKING IS USED IN THIS SHIPMENT.** | | | | | |
| | | | TOTAL: | 22536 PCS | | $216,446.40 |