**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YANTAI LINGNAN CLOTHING CO. LTD., *a Chinese* :
*Corporate Entity*,                                          :
                                                                      :
                                     Plaintiff,        :
                                                                      :                    ORDER
                    -against-                              :
                                                                      :          19 Civ. 266 (GBD)
SEDUKA LLC, *a New York Corporation d/b/a Seduka*  :
*Jeans, Inc. d/b/a The H Group*, and JOSEPH A    :
DAHAN, *d/b/a Seduka Jeans, Inc. d/b/a The H Group*  :
*a/k/a Joe Dahan a/k/a Joey Dahan a/k/a Yossef Dahan*,  :
                                                                      :
                                     Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The Plaintiff's letter request to dismiss the above-captioned case, (ECF No. 58), is

GRANTED.  The above-captioned action is hereby dismissed without prejudice, and without

costs or attorneys' fees to any party, against Defendants Seduka Jeans, Inc., and Joseph A.

Dahan.  All conferences and deadlines previously scheduled are adjourned *sine die*.  The Clerk

of Court is directed to close this case.

Dated: September 29, 2022
          New York, New York

                                         SO ORDERED.

                                         GEORGE B. DANIELS
                                         UNITED STATES DISTRICT JUDGE